UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-61125 -DIMITROULEAS/MATTHEWMAN

JOYCE NDIMBIE,

    Plaintiff,

vs.

SOUTHWEST HAMMOCKS, LLLP.
and CROSSROADS MANAGEMENT,,

    Defendant.
_____/

## ORDER ADOPTING AND APPROVING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE; CLOSING CASE

THIS CAUSE is before the Court upon the Report and Recommendation of Magistrate Judge Strauss (the "Report") [DE 9], issued on July 24, 2025, and Plaintiff's Motion for Leave to Proceed *In Forma Pauperis* [DE 3].   The Court notes that no objections to the Report [DE 9] have been filed, and the time for filing such objections has passed. As no timely objections were filed, the Magistrate Judge's factual findings in the Report [DE 9] are hereby adopted and deemed incorporated into this opinion. *LoConte v. Dugger*, 847 F.2d 745, 749-50 (11th Cir. 1988), *cert. denied*, 488 U.S. 958 (1988); *RTC v. Hallmark Builders, Inc.*, 996 F.2d 1144, 1149 (11th Cir. 1993).

Although no timely objections were filed, the Court has conducted a *de novo* review of the Report [DE 9] and record and is otherwise fully advised in the premises. The Court agrees with the Magistrate Judge's analysis and conclusions.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Report [DE 9] is hereby **ADOPTED** and **APPROVED**;

2. This action is **DISMISSED WITHOUT PREJUDICE**;

3. Plaintiff's Motion to Proceed *In Forma Pauperis* [DE 5] is **DENIED AS MOOT**;

4. The Clerk is **DIRECTED** to **CLOSE** this case.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 12th day of August, 2025.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies to:
Counsel of Record
Magistrate Judge Jared Strauss